JAMES PHELPS *against* ABIGAIL ELLSWORTH, Widow, and MARTIN ELLSWORTH and others, Heirs of the late OLIVER ELLSWORTH, Esq.

A writ of error cannot be brought by one only of several respondents to a bill in chancery, against whom a decree has been passed; but all must join.

ERROR to reverse a decree of the *superior court*, on a bill in which the Hon. *Oliver Ellsworth* was plaintiff, and *James Phelps* and others, respondents.

The defendants in error pleaded in abatement, that *Chauncey Goodrich, Esther Eno, Hezekiah Eno* and *Elijah Griswold*, were parties to the petition, decree and record, complained of; and that this writ was brought by *James Phelps* only.

The plaintiffs in error demurred.

*Goodrich*, for the defendants in error.

*Ingersoll* and *Edwards*, for plaintiff in error.

BY THE COURT, unanimously. The plea in abatement is sufficient.

Writ of error abated.